# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    V.                          MAGISTRATE JUDGE'S DOCKET
                                NO. 05-M-0472-RBC-02

FRANTZCIA PIERRE,
    Defendant.

## *ORDER PURSUANT TO RULE 5.1, FED.R.CRIM. P.*

COLLINGS, U.S.M.J.

    The defendant appeared with counsel on September 6, 2005. At that time, after being fully informed of her rights, the defendant waived her right to a preliminary examination pursuant to Rule 5.1, Fed.R. Crim. P.

    Accordingly, pursuant to Rule 5.1(a), Fed.R. Crim. P., it is ORDERED that the defendant be, and she hereby is, held to answer in the District Court.

    Pursuant to Rule 5.1(c), Fed.R. Crim. P., all papers in the above-styled

case are TRANSMITTED herewith to the District Court.


/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date:  September 6, 2005.