AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS

UNITED STATES OF AMERICA

V.

**WAIVER OF PRELIMINARY**
**EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

FRANTZIA PIERRE

CASE NUMBER:

2005 M 0472-RBC-02

I, _FRANTZIA PIERRE_____, charged in a ☑ complaint ☐ petition

pending in this District _Charging bank fraud + use of false identity docume_

in violation of ___18_____, U.S.C., _1344, 1028A_____ ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P.,
including my right to have a      ☑ examination  ☐ hearing  , do hereby waive (give up) my right to a prelim-
inary ☑ examination  ☐ hearing.

_____
Defendant

SEP - 6 2005
_____
Date

_____
Counsel for Defendant